NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000672
05-FEB-2020
08:24 AM**

NO. CAAP-19-0000672

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ERIN POWERS, Individually and as Personal Representative for the Estate of Genevieve Powers, Plaintiff-Appellant, v. THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, doing business as POHAI NANI, CLARA P.H. YONG, M.D., Defendants-Appellees, and DOE DEFENDANTS 1-100, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-2905)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal With Prejudice (Stipulation), filed January 27, 2020, by Defendant-Appellee Clara P.H. Yong, M.D., the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by all parties or counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with

prejudice.    The parties shall bear their own attorneys' fees and costs.

DATED:   Honolulu, Hawaiʻi, February 5, 2020.


Chief Judge

Associate Judge

Associate Judge